STATE of Missouri, Respondent,

v.

Norman BALLARD, Appellant.

No. WD 67530.

Missouri Court of Appeals,
Western District.

May 20, 2008.

Norman Ballard, Farmington, MO, pro se appellant.

Shaun J. Mackelprang, Esq., Roger W. Johnson, Esq., Jefferson City, MO, for respondent.

Before Div 1: HARDWICK, P.J., SMART and WELSH, JJ.

### ORDER

PER CURIAM.

Norman Ballard appeals from the denial of his post-conviction Motion for DNA testing. For reasons explained in a Memorandum provided to the parties, we affirm the motion court's judgment. **Rule 84.16(b).**